UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ANTHONY WILBOURN,  )<br>)<br>Petitioner  )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Respondent  ) | CAUSE NO. 3:04-CV-474 RM<br>Arising from 3:01-CR-64(01)RM |

OPNION AND ORDER

Anthony Wilbourn, a habeas petitioner, moves for leave to file an amended motion for a certificate of appealability. He signed this motion in prison on July 13, 2005 and it reached the court and was filed on July 18. On July 11, two days before Mr. Wilbourn signed his motion, the court granted his original request for a certificate of appealability, and a notice of appeal was filed on his behalf on July 18. Mr. Wilbourn's habeas petition now pends before the court of appeals.

As he notes in his motion, the court of appeals will consider a petitioner's request to amend a certificate of appealability when the petitioner expressly, or even implicitly, asks for such relief in his appellate brief. Ouska v. Cahill-Masching, 246 F.3d 1036, 1046 (7th Cir. 2001) ("we have considered implicit requests to amend a certificate made in a petitioner's briefs. . . . Therefore, as our past precedent dictates, we shall continue to consider requests to amend a certificate of appealability even when they are presented in a petitioner's briefs to this court.").

Mr. Wilbourn's habeas petition already has been added to the court of appeals' docket, so his petition rests in that court's hands. In light of precedent clearly indicating the court of appeals' willingness to consider requests to amend a certificate of appealability, Mr. Wilbourn should include his request in the brief(s) he files with the court of appeals. Because Mr. Wilbourn's petition is now on the court of appeals' docket, his motion for leave to amend the certificate of appealability [docket no. 150 in Cause No. 3:01-CR-64] is DENIED as addressed to the wrong court.

SO ORDERED.

ENTERED:   July 25, 2005

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   A. Wilbourn
      D. Schmid