UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:01-CR-64(01) RM |
| | ) | |
| ANTHONY WILBOURN | ) | |

OPINION and ORDER

On September 28, 2006, Anthony Wilbourn filed a motion for transcripts of the proceedings in this case. He is now before the court having filed a second motion for court documents on October 19. Mr. Wilbourn makes the same argument in this motion: without the transcripts, he will be "constitutionally impeded" from being able to collaterally attack his conviction and sentence. He has submitted a check in the amount of $5.00 for the transcripts and again asks the court to declare him indigent.

For the reasons stated in the court's October 3 order, Mr. Wilbourn's request to be declared indigent and to receive the transcripts of the entire proceedings in this case [docket # 161] is DENIED. Because Mr. Wilbourn's $5.00 check is insufficient to cover the cost of purchasing the transcripts he seeks, the Clerk is directed to return the check to Mr. Wilbourn along with a copy of this order.

SO ORDERED.

ENTERED:   October 30, 2006

              /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court