THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:01-CR-64(01) RM |
| | ) | |
| ANTHONY WILBOURN | ) | |

OPINION and ORDER

On October 3, 2006, this court denied Anthony Wilbourn's motion to be declared indigent, and denied his request for the transcripts of the proceedings in this cause. Mr. Wilbourn argued that without the transcripts, he will be "constitutionally impeded" from being able to collaterally attack his conviction and sentence. Because his request for pauper status wasn't submitted in connection with a pending action or commencement of any proceeding as required by 28 U.S.C. § 1915(a), it was denied. His criminal and civil proceedings in this court have ended, so his request for transcripts was also denied. *See* 28 U.S.C. § 753(f).

Mr. Wilbourn asks that the court reconsider its October 3 order denying his requests, but he makes no allegations that his motion was delivered, with the appropriate postage attached, to the prison's mail room within ten days of the entry of judgment, and so Rule 60(b) governs his motion to reconsider. Edwards v. United States of America, 266 F.3d 756, 758 (7th Cir. 2001). "Motions served from the eleventh day on must be shaped to the specific grounds for modification or reversal listed in Rule 60(b) – they cannot be general pleas for relief." U.S. v. Deutsch, 981 F.2d 299, 301 (7th Cir. 1999). Because his motion to reconsider

[Doc. No. 164] isn't based upon specific grounds for modification as provided by Rule 60(b), it is DENIED.

    SO ORDERED.

    Entered:  December 4, 2006

                                /s/ Robert L. Miller, Jr.
                                Chief Judge
                                United States District Court