THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:01-CR-00064(01) RM |
| | ) | |
| ANTHONY WILBOURN | ) | |

OPINION and ORDER

Anthony Wilbourn's habeas corpus petition alleging ineffective assistance of counsel and prosecutorial misconduct was denied in April 2005. He appealed that decision, and his appeal was dismissed. He now seeks to "reopen" and "amend" his § 2255 petition. At the heart of Mr. Wilbourn's motion is his belief that the court incorrectly decided his initial petition, and because he asks that the court revisit his arguments two years later, his motion to reconsider is governed under FED. R. CIV. P. 60(b). Motions under Rule 60(b) "must be shaped to the specific grounds for modification or reversal listed in Rule 60(b) – they cannot be general pleas for relief." United States v. Deutsch, 981 F.2d 299, 301 (7th Cir. 1999). Because his motion to reconsider [Doc. No. 168] isn't based upon specific grounds for modification as provided by Rule 60(b), it is DENIED.

Mr. Wilbourn also seeks an order compelling his former counsel to file a petition of certiorari for review of his underlying criminal case. The court of appeals affirmed Mr. Wilbourn's conviction and sentence in June 2003, and he hasn't cited any authority for the proposition that this court can order his former

counsel to file such a petition four years after final judgment has been entered. Accordingly, his motion to compel [Doc. No. 167] is DENIED.

    SO ORDERED.

    Entered:  May 3, 2007


           /s/ Robert L. Miller, Jr.
           Chief Judge
           United States District Court